[No. 20737-1-II.    Division Two.    August 14, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD WILLIAM HIGHTOWER, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 95-1-00692-0, Randolph Furman, J., entered May 7, 1996. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Armstrong and Hunt, JJ.

[Nos. 20776-1-II; 21306-1-II.    Division Two.    August 14, 1998.]

RONALD N. NILSON, *Appellant*, v. MORTON SCHOOL DISTRICT NO. 214, *Respondent*.

Appeals from judgments of the Superior Court for Lewis County, Nos. 95-2-01272-6, 96-2-00307-5, David R. Draper, J., entered May 15 and October 22, 1996. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Houghton, C.J., and Armstrong, J.

[No. 20821-1-II.    Division Two.    August 14, 1998.]

*In the Matter of the Marriage of* DAVID A. HAYDEN, *Appellant*, and JENNIFER M. HAYDEN, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 95-3-05123-4, Thomas A. Swayze, Jr., J., entered May 14, 1996. *Affirmed in part* and *reversed in part* by unpublished opinion per Armstrong, J., concurred in by Morgan and Seinfeld, JJ.

[No. 21051-7-II.    Division Two.    August 14, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. PETER MICHAEL FREESE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-1-01077-6, Frederick B. Hayes, J., entered July 23, 1996. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Houghton, C.J., and Armstrong, J.